UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                  22-MJ-429

FRANK JAMES,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Ellen H. Sise from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Ellen H. Sise
      United States Attorney's Office (Criminal Division)
      271-A Cadman Plaza East
      Brooklyn, New York 11201
      Tel:  (718) 254-6166
      Email: Ellen.Sise@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Ellen H. Sise at the email address set forth above.

Dated: Brooklyn, New York
       April 28, 2022

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Ellen H. Sise
Ellen H. Sise
Assistant U.S. Attorney

cc: Clerk of the Court