UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

**ORDER**
22-CR-214 (WFK)

FRANK JAMES,

           Defendant.
----------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The arraignment scheduled for Friday, May 13, 2022 at 12:00 Noon will now proceed in the Ceremonial Courtroom, Room 2D North, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II.

SO ORDERED.

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: May 11, 2022
       Brooklyn, New York