UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

**ORDER**
22-CR-214 (WFK)

FRANK JAMES,

           Defendant.
------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      The Court SCHEDULES an initial status conference in the above-captioned case for Monday, July 25, 2022 at 2:30 P.M. in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II. In the interest of justice, time is excluded under the Speedy Trial Act through and including that date.

**SO ORDERED.**

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2022
      Brooklyn, New York