

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:ICR/SKW/EHS  
F. #2022R00326

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 20, 2022

By Email and ECF

Mia Eisner-Grynberg, Esq.
Deirdre D. von Dornum, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

      Re:    United States v. Frank James
                Criminal Docket No. 22-214 (WFK)

Dear Counsel:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery is being produced pursuant to the Protective Order entered by the Court on July 15, 2022. The government also requests reciprocal discovery from the defendant.

I.    The Government's Discovery

    A.    Statements of the Defendant

| Bates Numbers | Description |
|---|---|
| FJ_0007453 - FJ_0007455 | Videotaped post-arrest statements made by the defendant on or about April 13, 2022. |
| FJ_0001889; FJ_0001901 -FJ_0001902 | FBI reports reflecting defendant's statements and related notes. |
| FJ_0001890 | An advice-of-rights form signed by the defendant on or about April 13, 2022. |
| FJ_0009858 | Open-source videos of the defendant collected from YouTube. |
| FJ_0004438 | New York City Police Department ("NYPD") body camera video dated on or about April 12, 2022 and April 13, 2022, which have been marked **Sensitive Discovery Material**. Videos that have been identified thus far as including the |

| Bates Numbers | Description |
|---|---|
|  | defendant and his statements have been separated into a subfolder within FJ_0004438. |

    B.    <u>The Defendant's Criminal History</u>

| Bates Numbers | Description |
|---|---|
| FJ_0001129 - FJ_0001292 | The defendant's criminal history reports. |

    C.    <u>Documents and Tangible Objects</u>

| Bates Numbers | Description |
|---|---|
| FJ_0000007 – FJ_0000043 | Records from 1&1. |
| FJ_0000044 | 911 calls dated on or about April 12, 2022, which have been marked **Sensitive Discovery Material**. |
| FJ_0000045 | 911 radio transmissions dated on or about April 12, 2022. |
| FJ_0000046 - FJ_0000920 | Reports from 911 calls made on or about April 12, 2022, which have been marked **Sensitive Discovery Material**. |
| FJ_0000927 - FJ_0000985 | Records from Amazon. |
| FJ_0000986 - FJ_0000989 | Records from Apple. |
| FJ_0000990 - FJ_0001013; FJ_0001893 | Bureau of Prison ("BOP") records and photographs of the defendant's backpack and other property seized incident to his arrest on or about April 13, 2022. |
| FJ_0001038 - FJ_0001042 | Records from Best Western and related witness interview. |
| FJ_0001043 - FJ_0001059 | Records from Cash App. |
| FJ_0001102 - FJ_0001106 | Records from Chelsea Hostel and report of related witness interview. |
| FJ_0001107 - FJ_0001110 | Records from Comcast. |
| FJ_0001111 - FJ_0001115 | Records from Comfort Suites and report of related witness interview. |
| FJ_0001116 – FJ_0001128; FJ_0007323 - FJ_0007345; FJ_0008211 | Photographs of the defendant's Milwaukee, Wisconsin apartment. |
| FJ_0001293 - FJ_0001296; FJ_0007355 - FJ_0007381; FJ_0007456 - FJ_0007502 | Photographs taken on the subway car and subway platform on or about April 12, 2022. |

| | |
|---|---|
| FJ_0001297 - FJ_0001298 | Records from Daily Motion. |
| FJ_0001299 - FJ_0001302; FJ_0007503 - FJ_0007506 | Report from Ruger regarding the defendant's purchase of a firearm. |
| FJ_0001303 - FJ_0001888 | Records reflecting, among other things, the defendant's known addresses and related FBI reports. |
| FJ_0001903 - FJ_0001904 | Defendant's Property Invoice. |
| FJ_0001905 - FJ_0001990 | Department of Motor Vehicle records related to the defendant and related FBI reports. |
| FJ_0008203 - FJ_0008210 | Report and associated paperwork regarding the defendant's purchase of a firearm. |
| FJ_0001991 - FJ_0001992 | Records from Dropbox. |
| FJ_0001993 - FJ_0002041 | Records from East Bank Storage and related witness interview. |
| FJ_0002042 - FJ_0002051 | Records from Evolve Vacation Rental. |
| FJ_0002052 - FJ_0002613 | Records from Evolve Bank. |
| FJ_0001614 - FJ_0002615 | Records from Experian. |
| FJ_0008213 - FJ_0008308 | Reports which include the statements of potential witnesses, which have been marked **Sensitive Discovery Material**. |
| FJ_0008309 - FJ_0008434; | Reports which include the statements of potential witnesses, including victims of the defendant's mass shooting, which have been marked **Sensitive Discovery Material**. |
| FJ_0008435 - FJ_0009696 | Reports and associated documents related to civilian tips the FBI received through fbi.gov/brooklynshooting between approximately April 12, 2022 and May 4, 2022, which have been marked **Sensitive Discovery Material**. |
| FJ_0009737 - FJ_0009791 | Reports and associated documents related to civilian tips the FBI received through the FBI main tip line, which have been marked **Sensitive Discovery Material**. |
| FJ_0002827 - FJ_0002970 | FBI reports and related attachments regarding civilian tips, which have been marked **Sensitive Discovery Material**. |
| FJ_0009859 - FJ_0011393 | FBI reports and related attachments. FJ_0009859 - FJ_0009891 have been marked **Sensitive Discovery Material**. |
| FJ_0009792 - FJ_0009808 & FJ_0002837 | FBI reports regarding video collection and related attachments. |

| FJ_0002971 - FJ_0002976 | Records reflecting the defendant's fingerprints and related FBI report. |
|---|---|
| FJ_0002977 - FJ_0002984 | Records and FBI and ATF reports reflecting firearms tracing and purchasing. |
| FJ_0002985 - FJ_0003074 | Records of Phantom Fireworks and related witness interviews and correspondence. |
| FJ_0003075 - FJ_0003076 | Records of Vance Outdoors. |
| FJ_0003077 - FJ_0003089 | Records of FS Avenger and related witness interview. |
| FJ_0003090 - FJ_0003102 | Records reflecting firearm purchase. |
| FJ_0003103 - FJ_0003113 | Records from Google. |
| FJ_0003114 - FJ_0003116 | Records from Home Depot. |
| FJ_0003117 - FJ_0003150 | Records from Hotels.com. |
| FJ_0003151 - FJ_0003338 | Records from Huntington Bank. |
| FJ_0003339 - FJ_0003341 | Records from Instacart. |
| FJ_0003342 - FJ_0003347 | Records from Lalor Self Storage and related witness interview. |
| FJ_0003348 - FJ_0003351 | Records from Lyca Mobile. |
| FJ_0003352 - FJ_0003359 | Records from Lyft. |
| FJ_0000921 - FJ_0000926 | Records from Manhattan Mini Storage. |
| FJ_0003360 - 0003361 | Records from Master Card. |
| FJ_0007393 - FJ_0007404 | Photographs and videos obtained from social media and witnesses. |
| FJ_0007405 - FJ_0007423 | Records from PNC Bank. |
| FJ_0007424 - FJ_0007438 | Records from the United States Post Office and related FBI reports. |
| FJ_0007439 - FJ_0007452 | Records from Port Authority. |
| FJ_0007507 - FJ_0007535 | Records from Safeguard Self Storage. |
| FJ_0007536 | Records from Sutton Bank. |

| | |
|---|---|
| FJ_0011394 - FJ_0011583 | Search warrant application and search warrant for the defendant's storage unit at a self-storage facility located on North Broad Street, Philadelphia, Pennsylvania; records, photographs and information relating to the execution of the search warrant; forensic images and extractions of electronic devices seized during the execution of the search warrant. |
| FJ_0011584 - FJ_0012086 | Search warrant application and search warrant for the defendant's rental property located on West Ontario Street, Philadelphia, Pennsylvania; records, photographs and information relating to the execution of the search warrant and provided by witnesses. |
| FJ_0012383 - FJ_0012501 | Search warrant application and search warrant for the defendant's backpack; records, photographs and information relating to the execution of the search warrant; forensic images and extractions of an electronic device seized during the execution of the search warrant. |
| FJ_0012342 - FJ_0012382 | Search warrant application and search warrant for the collection of a buccal swab DNA sample from the defendant; records and information relating to the execution of the search warrant. |
| FJ_0012502 - FJ_0012801 | Search warrant applications and search warrants for location and account information relating to the defendant's mobile telephones; and records and information obtained from service providers pursuant to the search warrants. |
| FJ_0012087 - FJ_0012093 | Search warrant application and search warrant for the smartphone electronic device abandoned by the defendant at the scene of the attack; records and information relating to the execution of the search warrant; forensic extraction of the electronic devices seized pursuant to the search warrant. |
| FJ_0012094 - FJ_0012341 | Search warrant application and search warrant for the U-Haul van rented by the defendant; records, photographs and information relating to the execution of the search warrant and to the defendant's rental of the U-Haul van; forensic extraction of an electronic device seized during the execution of the search warrant. |
| FJ_0007537 - FJ_0007657 | Records from T-Mobile. |
| FJ_0007658 - FJ_0007663 | Records from Tracfone. |
| FJ_0007664 - FJ_0007668 | Records from TransUnion. |

| FJ_0007669 - FJ_0007675 | Records from Twitter. |
|---|---|
| FJ_0007676 - FJ_0007688 | Photographs from the defendant's U-Haul. |
| FJ_0007689 - FJ_0007725 | Records from U-Haul. |
| FJ_0007726 - FJ_0008122 | Records from US Bank. |
| FJ_0008123 - FJ_0008138 | Vehicle Detection Report for the U-Haul van rented by the defendant. |
| FJ_0008139 - FJ_0008146 | Records from Verizon. |
| FJ_0008147 - FJ_0008192 | Complaint in Steur v. Glock Inc. et al. |
| FJ_0008193 - FJ_0008194 | Records from Walmart. |
| FJ_0008195 | Records from Western Union. |
| FJ_0008196 - FJ_0008201 | Records from the Wisconsin Division of Motor Vehicles. |
| FJ_0008202 | Records from Yahoo. |
| FJ_0012840 – FJ_0013330 | Surveillance video footage collected from various locations and reports indicating videos in which the defendant has been observed. |
| FJ_0003362 - FJ_0003369; FJ_0004347 | Records from the Metropolitan Detention Center. |
| FJ_0003370 - FJ_0004044 | Records from Meta. |
| FJ_0004233 - FJ_0004313 | Records from the MTA and related FBI reports, some of which have been marked **Sensitive Discovery Material**. |
| FJ_0004314 - FJ_0004345 | Records from New Jersey Transit. |
| FJ_0004346 | Records from New Jersey Turnpike. |
| FJ_0004349 - FJ_0004368 | Law enforcement reports related to the investigation of the subway shooting. |
| FJ_0004369 - FJ_0004448 | Video collected by the NYPD related to the subway shooting and the defendant's location before and after the shooting. |
| FJ_0004449 - FJ_0004484 | NYPD complaint reports. |

| FJ_0004485 - FJ_0004535 | Reports related to Crime Stoppers tips the NYPD received regarding to the subway shooting, which have been marked **Sensitive Discovery Material**. |
| --- | --- |
| FJ_0004536 - FJ_0004651 | Reports from the NYPD's Enterprise Case Management System ("ECMS"). |
| FJ_0004652 | NYPD radio run audio files dated on or about April 12, 2022. |
| FJ_0004653 - FJ_0004656 | Report and accompanying video shown to a victim of the subway shooting on or about April 12, 2022, which have been marked **Sensitive Discovery Material**. |
| FJ_0005939 - FJ_0006135 | NYPD Property Clerk Invoices. |
| FJ_0007306 - FJ_0007308 | Records from Oooma. |
| FJ_0009809 - FJ_0009833 | Open-source information collected by private-sector firm. |
| FJ_0009834 - FJ_0009857 | Open-source information collected by private sector firm. |
| FJ_0007309 | Open-source records from the Citizen Application. |
| FJ_0012802 - FJ_0012839 | Records from PayPal. |
| FJ_0007310 - FJ_0007319 | Records related to the defendant's passport application. |
| FJ_0007320 - FJ_0007322 | Records from Penske. |
| FJ_0007346 - FJ_0007354 | Photographs of the defendant's notebook. |

You may examine any physical evidence discoverable under Rule 16, including original documents, by contacting me to arrange a mutually convenient time.[1]

D. Reports of Examinations and Tests

| Bates Numbers | Description |
| --- | --- |
| FJ_0001014 - FJ_0001037 | Reports from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). |
| FJ_0001060- FJ_0001101 | Draft reports regarding defendant's location history. |

---

[1] The Bates number FJ_0004045 - FJ_0004115 have been intentionally omitted from this production.

| FJ_0004657 - FJ_0004693 | NYPD Bomb Squad reports. |
|---|---|
| FJ_0004694 - FJ_0005485; FJ_0006136 - FJ_0006345 | Reports and accompanying photographs from the NYPD Laboratory Criminalist Section. |
| FJ_0005486 - FJ_0005615 | Reports from the NYPD Laboratory Firearms Analysis Section. |
| FJ_0005616 - FJ_0005938 | Reports from the New York City Office of Chief Medical Examiner ("OCME"). |
| FJ_0006346 - FJ_0007305 | NYPD Request for Laboratory Examination. |
| FJ_0002616 - FJ_0002826; FJ_0008212 | FBI Laboratory Reports. |

The government will provide you with copies of additional reports of examinations or tests in this case as they become available.

E. <u>Expert Witnesses</u>

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion.

The identity, qualifications, and bases for the conclusions of each expert will be provided to you when they become available.

At this time, the government anticipates that it will call experts to testify about the following categories: explosives analysis, geolocation analysis, bullet trajectory analysis, firearm and ammunition analysis, fingerprint analysis, DNA analysis, and handwriting analysis, among other categories.

F. <u>Brady Material</u>

While not exculpatory pursuant to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), in an abundance of caution, the government is disclosing that in the chaotic aftermath of the shooting which occurred during New York City's morning rush hour commute, at which time the defendant set off a smoke bomb to obscure his identity, multiple victims and witnesses provided descriptions of the mass shooter to law enforcement officers, including but not limited to reports that the mass shooter was approximately five feet and five inches tall, and wearing a gasmask, goggles, and different colored construction vests. Law enforcement officers also received thousands of tips from civilians related to the shooting. Although these tips do not fall under Rule 16 of the Federal Rules of Criminal Procedure, the government has produced these tips in an abundance of caution as noted above.

The government is not aware of any exculpatory material regarding the defendant. The government understands and will comply with its continuing obligation to produce exculpatory material as defined by Brady, and its progeny.

Before trial, the government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500, as well as impeachment materials. See Giglio v. United States, 405 U.S. 150 (1972).

G.  Other Crimes, Wrongs or Acts

The government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

II.  The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. See Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial or the hearing at which such witnesses will testify.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

IV.     Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

                                               Very truly yours,

                                               BREON PEACE
                                               United States Attorney

By:             /s/        
        Ian C. Richardson
        Sara K. Winik
        Ellen H. Sise
        Assistant U.S. Attorney
        (718) 254-7000

Enclosures

cc:     Clerk of the Court (WFK) (by ECF) (without enclosures)