

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ICR/SKW/EHS
F. #2022R00326

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 27, 2022

By E-Mail and ECF

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Frank James
              <u>Criminal Docket No. 22-214</u>

Dear Judge Kuntz:

      As ordered by the Court at the July 25, 2022 status conference, the parties jointly propose the following briefing schedule in advance of the February 27, 2023 trial date.

Pretrial Motions

| Defense Opening Motions | November 7, 2022 |
|---|---|
| Government Responses | December 5, 2022 |
| Defense Replies | December 19, 2022 |

Trial Motions in Limine

| Simultaneous Opening Motions | January 16, 2023 |
|---|---|
| Parties' Responses | January 30, 2023 |
| Parties' Replies | February 6, 2023 |

Respectfully submitted,

BREON PEACE
United States Attorney

By:     /s/
Ian C. Richardson
Sara K. Winik
Ellen H. Sise
Assistant U.S. Attorneys
(718) 254-7000

cc:     Clerk of Court (WFK) (by ECF)
Mses. Deirdre D. von Dornum, Esq. and Mia Eisner-Grynberg, Esq. (by ECF)

The application is ✓ granted.
SO ORDERED    ☐ denied.
s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: July 27, 2022
Brooklyn, New York

2