

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:ICR/SKW/EHS
F. #2022R00326

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 31, 2022

By Email and ECF

Mia Eisner-Grynberg, Esq.
Deirdre D. von Dornum, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

        Re:    United States v. Frank James
                 Criminal Docket No. 22-214 (WFK)

Dear Counsel:

        Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery is being produced pursuant to the Protective Order entered by the Court on July 15, 2022. The government again requests reciprocal discovery from the defendant.

I.    The Government's Discovery

    A.    Documents and Tangible Objects

| Bates Numbers | Description |
|---|---|
| FJ_0013331 - FJ_0013333 | Records from Amazon. |
| FJ_0013334 - FJ_0013339 | Records from Apple. |
| FJ_0013340 | Records from Appriss Inc. |
| FJ_0013341 - FJ_0013361 | Records from AT&T. |
| FJ_0013362 - FJ_0013383 | Records from Carbonite. |
| FJ_0013384 - FJ_0013388 | Records from CashApp. |
| FJ_0013389 - FJ_0013414 | Draft reports regarding defendant's location history. |
| FJ_0013415 - FJ_0013426 | Records from East Bank Storage. |
| FJ_0013427 - FJ_0013526; FJ_0013528 - FJ_0013532 | Federal Bureau of Investigation ("FBI") reports and related attachments. |
| FJ_0013527 | FBI Receipt for Property from the defendant's Safeguard Self Storage unit. |

| | |
|---|---|
| FJ_0013533 - FJ_0013535 | FBI reports and related attachments regarding civilian tips, which have been marked **Sensitive Discovery Material**. |
| FJ_0013536 - FJ_0013545; FJ_0013546 - FJ_0013576; FJ_0015325 – FJ_0015328 | FBI reports which include the statements of potential witnesses, which have been marked **Sensitive Discovery Material**. |
| FJ_0013577 - FJ_0013857 | Records from JPMorgan Chase. |
| FJ_0013858 - FJ_0013859 | Records from Laylor Storage. |
| FJ_0013860 - FJ_0013871 | Records from Meta Inc. |
| FJ_0013872 - FJ_0013995 | The defendant's military records.[1] |
| FJ_0013996 - FJ_0014144 | Records from the New Jersey State Police Department, including license plate hits and other reports. |
| FJ_0014145 - FJ_0014146 | Records from the New Jersey Turnpike Authority. |
| FJ_0014147 - FJ_0014197 | Reports from the New York City Police Department ("NYPD") Crime Scene Unit. |
| FJ_0014148 - FJ_0014247 | Reports from the NYPD Intelligence Division, which have been marked **Sensitive Discovery Material**. |
| FJ_0014252 - FJ_0014259 | Records from Ooma Inc. |
| FJ_0014260 - FJ_0014305 | Records from PNC Bank. |
| FJ_0014306 | Records from Sutton Bank. |
| FJ_0014307 | Records from TextNow. |
| FJ_0014308 - FJ_0014387 | Records from T-Mobile. |
| FJ_0014388 | Records from Twitter. |
| FJ_0014389 - FJ_0014585 | Records from US Bank. |
| FJ_0014586 - FJ_0014598 | Records from Verizon. |
| FJ_0014599 - FJ_0014604 | Records from the Wisconsin Department of Transportation. |
| FJ_0014605 - FJ_0014655 | Records from PayPal. |
| FJ_0014656 - FJ_0014718 | Records from Bridgeway. |

As noted previously, you may examine any physical evidence discoverable under Rule 16, including original documents, by contacting me to arrange a mutually convenient time.

B.   Reports of Examinations and Tests

| Bates Numbers | Description |
|---|---|
| FJ_0014248 - FJ_0014251 | Lab reports from the NYPD Police Laboratory. |
| FJ_0014719 - FJ_0015324 | FBI Laboratory Reports. |

The government will provide you with copies of additional reports of examinations or tests in this case as they become available.

---

[1] The official and complete National Archives version can be reviewed at the U.S. Attorney's Office at defense counsel's request.

2

      C.      <u>Brady Material</u>

While not exculpatory pursuant to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), in an abundance of caution, the government notes certain facts previously disclosed to the defense in FBI interview reports. As indicated in the reports, an individual who lived in the same Philadelphia apartment building as the defendant in April 2022 stated that at approximately 8 or 9 a.m. on April 12, 2022, the day of the defendant's subway attack, the individual heard someone in the building's first-floor apartment. In a separate interview, the property manager of the Philadelphia apartment building stated that the defendant rented the first-floor apartment and was scheduled to move out on Sunday April 11, 2022. The property manager further stated that he/she entered the first-floor apartment on the morning of April 12, 2022 and discovered that the defendant's belongings were still in the apartment. The reports from both interviews were previously produced to the defense at FJ_0008365 and FJ_0008376.

      Very truly yours,

      BREON PEACE
      United States Attorney

By:      /s/
      Ian C. Richardson
      Sara K. Winik
      Ellen H. Sise
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)