

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/SKW/EHS
F. #2022R00326

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 19, 2023

By Email and ECF

Mia Eisner-Grynberg, Esq.
Amanda David, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

> Re: United States v. Frank James
> Criminal Docket No. 22-214 (WFK)

Dear Counsel:

Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery is being produced pursuant to the Protective Order entered by the Court on July 15, 2022.

I. The Government's Discovery

A. Documents and Tangible Objects

| Bates Numbers | Description |
|---|---|
| FJ_0016230 – FJ_0016799; FJ_0016805 – FJ_0016808 | Medical Records for gunshot victims, designated **Sensitive Discovery Material**. |
| FJ_0016800 – FJ_0016804 | Federal Bureau of Investigation ("FBI") Reports, designated **Sensitive Discovery Material**. |

Please reach out with any questions.

Very truly yours,

BREON PEACE
United States Attorney

By:     /s/
    Ian C. Richardson
    Sara K. Winik
    Ellen H. Sise
    Assistant U.S. Attorneys
    (718) 254-7000

Enclosures

cc:     Clerk of the Court (WFK) (by ECF) (without enclosures)