

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/SKW/EHS
F. #2022R00326

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 13, 2023

By Email and ECF

Mia Eisner-Grynberg, Esq.
Amanda David, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

    Re: United States v. Frank James
       Criminal Docket No. 22-214 (WFK)

Dear Counsel:

  Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery is being produced pursuant to the Protective Order entered by the Court on July 15, 2022.

I. The Government's Discovery

  A. Documents and Tangible Objects

| Bates Numbers | Description |
|---|---|
| FJ_0016809 – FJ_0016810 | Medical Records for gunshot victims, designated **Sensitive Discovery Material**. |
| FJ_0016811 – FJ_0017060 | A Federal Bureau of Investigation ("FBI") Reports regarding the defendant's location |

2

B. Expert Report

| Bates Numbers | Description |
|---|---|
| FJ_0017061 – FJ_0017112 | A forensic expert report regarding the crime scene and crime scene reconstruction. |

Please reach out with any questions.

Very truly yours,

BREON PEACE
United States Attorney

By:  /s/
  Ian C. Richardson
  Sara K. Winik
  Ellen H. Sise
  Assistant U.S. Attorneys
  (718) 254-7000

Enclosures

cc: Clerk of the Court (WFK) (by ECF) (without enclosures)