

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/SKW/EHS
F. #2022R00326

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 2, 2023

<u>By Email and ECF</u>

Mia Eisner-Grynberg, Esq.
Amanda David, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

        Re:    <u>United States v. Frank James</u>
                <u>Criminal Docket No. 22-214 (WFK)</u>

Dear Counsel:

        Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery is being produced pursuant to the Protective Order entered by the Court on July 15, 2022.

I.    <u>The Government's Discovery</u>

    A.    <u>Documents and Tangible Objects</u>

| Bates Numbers | Description |
|---|---|
| FJ_0017113 _ FJ_0017117 | A Federal Bureau of Investigation ("FBI") diagrams of the subway car. |

B. <u>Expert Report</u>

| Bates Numbers | Description |
|---|---|
| FJ_0017118 – FJ_0017132 | A preliminary FBI Cellular Analysis Survey Team ("CAST") report. |

Please reach out with any questions.

Very truly yours,

BREON PEACE
United States Attorney

By:     /s/
Ian C. Richardson
Sara K. Winik
Ellen H. Sise
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (WFK) (by ECF) (without enclosures)