

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP:SKW/EHS                               *271 Cadman Plaza East*
F. #2022R00326                            *Brooklyn, New York 11201*

July 5, 2023

<u>By E-mail</u>

Senior U.S. Probation Officer Roberta Houlton
U.S. Probation Department
Eastern District of New York
147 Pierrepont Street
Brooklyn, New York 11201

Re:     United States v. Frank James
        <u>Criminal Docket No. 22-214 (WFK)</u>

Dear Senior Probation Officer Houlton:

The government writes, pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure – which provides the parties with 14 days after receiving the Presentence Investigation Report ("PSR") to file any objections – to inform the U.S. Probation Department ("Probation") that the government has no objections at this time to the PSR in the above-captioned matter.  The government agrees with Probation's calculation that the defendant's sentencing Guidelines are life plus 120 months' imprisonment.

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By:     _____/s/_____
        Sara K. Winik
        Ellen H. Sise
        Assistant U.S. Attorneys
        (718) 254-7000

cc:  Defense counsel (by e-mail)
     Clerk of Court (WFK) (by ECF)